

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MARTINE ALOUIDOR and RONSARD NOEL,

                        Plaintiffs,

                    v.

DAVID COTOS MEJIA, M.D., DANNY
SHERWINTER, M.D., ANNA YAKOVLEVNA,
M.D., KELLY MINUS, R.N., LUTHERAN FAMILY
HEALTH CENTERS, MAIMONIDES MEDICAL
CENTER, and MAIMONIDES MEDICAL
CENTER DEPARTMENT OF RADIOLOGY,

                        Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL AND REMAND**

Civil Action No. CV 14-1335
(Ross, J.)
(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs MARTINE ALOUIDOR and RONSARD NOEL (collectively, the "Plaintiffs") and defendants DAVID COTOS MEJIA, M.D., DANNY SHERWINTER, M.D., ANNA YAKOVLEVNA, M.D., KELLY MINUS, R.N., LUTHERAN FAMILY HEALTH CENTERS, MAIMONIDES MEDICAL CENTER, and MAIMONIDES MEDICAL CENTER DEPARTMENT OF RADIOLOGY (collectively, the "Defendants"), the parties to the above-captioned action, by their respective undersigned attorneys, that the UNITED STATES OF AMERICA has been substituted as a party defendant in place of defendants DAVID COSTOS MEJIA, M.D., KELLY MINUS, R.N., and LUTHERAN FAMILY HEALTH CENTERS (collectively, the "Federal Defendants");

IT IS FURTHER STIPULATED AND AGREED that the claims as against defendant UNITED STATES OF AMERICA, set forth in the Verified Complaint attached as Exhibit A to the Notice of Removal filed in the above captioned-action, are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), without costs or fees to any party as against any other;

*Alouidar, et al. v. Mejia, et al.*, No. 14-CV-1335 (Ross, J.) (Levy, M.J.) (E.D.N.Y.)
Stipulation and Order of Dismissal and Remand
Page 2

IT IS FURTHER STIPULATED AND AGREED that the claims against the remaining defendants, DANNY SHERWINTER, M.D., ANNA YAKOVLEVNA, M.D., MAIMONIDES MEDICAL CENTER, and MAIMONIDES MEDICAL CENTER DEPARTMENT OF RADIOLOGY, are hereby remanded to the Supreme Court of the State of New York, County of Kings; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts and by facsimile signature, each of which shall be deemed to be an original.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: New York, New York
April __, 2014

KRENTSEL & GUZMAN, LLP
17 Battery Place, Suite 604
New York, New York 10006

By: ~~JEFFREY ALAN GUZMAN~~ Anthony T. Hirschberger
(212) 227-2900
jguzman@kglawteam.com

*Counsel for plaintiffs Marine Alouidar and Ronsard Noel*

*Alouidar, et al. v. Mejia, et al.*, No. 14-CV-1335 (Ross, J.) (Levy, M.J.) (E.D.N.Y.)
Stipulation and Order of Dismissal and Remand
Page 3

Dated: Brooklyn, New York
April 7, 2014

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
LAYALIZA K. SOLOVEICHIK
Assistant U.S. Attorney
(718) 254-6298
Layaliza.soloveichik@usdoj.gov

*Counsel for defendants David Cotos Mejia, M.D. Kelly Minus, R.N., and Lutheran Family Health Centers.*

Dated: New York, New York
April 4, 2014

AARONSON, RAPPAPORT,
FEINSTEIN & DEUTSCH, LLP
600 Third Avenue
New York, New York 10016

By: Richard V. Caplan /BMC/
~~BROOKE CARTWRIGHT~~ Richard Caplan
(212) 593 6700
bmcartwright@arfdlaw.com

*Counsel for defendants Danny Sherwinter, M.D., Anna Yakovlevna, M.D., Maimonides Medical Center, and Maimonides Medical Center Department of Radiology*

SO ORDERED this
8 day of Apr, 2014
/s/(ARR)
_____
HONORABLE ALLYNE R. ROSS
U.S.D.J., E.D.N.Y.